AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO et al.

V.

Sonic Construction Co., Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV. 9642**

**JUDGE KAPLAN**

TO: (Name and address of defendant)

Sonic Construction Co., Inc.
36-28 14th Street
Long Island City, New York 11106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(BY) DEPUTY CLERK

OCT 3 0 2007
DATE

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9642    AND FILED ON    10/30/2007

THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D,    Plaintiff(s)/Petitioner(s)
Vs.
SONIC CONSTRUCTION CO., INC.    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                                                  ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/11/2008 at 2:09PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: SONIC CONSTRUCTION CO., INC.    (herein called recipient) therein named.
At Location: 34 MORNINGSIDE DRIVE, APT. 1
CROTON ON HUDSON NY

By delivering to and leaving with WILLIAM SCHWARTZ and that deponent knew the person so served to be the PRESIDENT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M    Color of Skin: WH    Color of Hair: BLACK
Age: 45    Height: 5'8"-5'10"
Weight: 185    Other Features: GLASSES

Sworn to before me on 2/12/2008

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010