

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, LYNN A. MOUREY, ROBERT
SHAW and RUSSELL SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

       Plaintiffs,

  -against-

SONIC CONSTRUCTION CO., INC.,

       Defendant.
------------------------------------------------------------------X

**ORDER OF
DISCONTINUANCE**

07-CIV-9642 (LAK)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/08
```

Kaplan, J.

  It having been reported to the Court that the above-entitled action has been settled by the parties, it is

  ORDERED that the action is hereby discontinued with prejudice in accordance with Rule 41(a) of the Federal Rules of Civil Procedure.

  SO ORDERED.

Dated: New York, New York
  March 17, 2008

         **Lewis A. Kaplan**
         **United States District Judge**